**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**A NOBLE PRIVATE LENDER
REVOCABLE LIVING TRUST,**

     **Plaintiff,**

**v.**                                                            **Case No. 4:23-cv-511-AW-MAF**

**COMMISSIONER, INTERNAL
REVENUE SERVICE, et al.,**

     **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 11) and incorporate it into this order. Plaintiff has not complied with a court order, and Plaintiff has not objected to the recommendation to dismiss on that basis.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on May 14, 2024.

s/ *Allen Winsor*
United States District Judge